# Exhibit A



**LINDSEY ADELMAN
STUDIO**

PRESS



STUDIO VISIT



DECOR  SHARE ↗

# INSIDE ICONIC DESIGNER LINDSEY ADELMAN'S NYC STUDIO

She's massively influential in the design world, but she's just about to head in a new direction.

By: *Laurel Pantin*
Photography: *Alec Kugler*

"I've just always noticed how people behaved differently, talk about different things, feel more relaxed or tense, depending on the lighting." Lindsey Adelman is walking us through her NoHo workshop. All above and around us are her signature light fixtures made with bulbous glass shapes, long gold chains—all looking vaguely like twinkly brass twigs. "That was part of my interest as well as this really open-ended way of exploring form. Somebody is not sitting in your lighting or using it in a way that people design chairs or door handles. It's something that is a lot more sculptural. Light itself is completely illusive. You just play with it. You can't really control it, necessarily, and that is forever interesting."

 

March 14, 2017





FEATURE

# In Profile: Designers Who Make an Art Out of Light

By ARLENE HIRST, NICOLE ANDERSON, BETH DUNLOP, JENNY FLORENCE and ANNETTE ROSE-SHAPIRO | March 14, 2017

### Ingo Maurer



### Lindsey Adelman



LAUREN COLEMAN PHOTOS

It is only a short distance between designer Lindsey Adelman's workshop where she designs and produces her sculptural lighting, and the showroom, where much of it is handsomely on display. However, this brief walk in Manhattan's NoHo neighborhood is a magic interlude between two very distinct yet intrinsically connected spaces: one where the seeds of ideas are tested and realized, and the other, where those early sketches and concepts have ripened into distilled, elegant

# SURFACE

October 12, 2016

# Lindsey Adelman Unveils Her New Ambrosia Collection at The Future Perfect

For the Ambrosia collection, New York-based designer Lindsey Adelman intentionally employed materials to evoke her favorite classical myth.

BY SHYAM PATEL
VIDEO BY SOPHIA LOU
October 12, 2016



We visited Lindsey Adelman at her Brooklyn ceramic studio as she put the finishing touches on pieces in the Ambrosia collection in advance of their debut at The Future Perfect.

In 2006, New York-based designer Lindsey Adelman founded her namesake studio in tandem with the release of her now-well-known Branching Bubble chandelier, a delicate fixture of glowing orbs and angular brass limbs. Its ethereal aesthetic has been a constant in her lighting designs. It's there, too, in her new Ambrosia series, a collection of one-off glass vessels, cups, and oil lamps, which will be available exclusively at The Future Perfect this

February 2015



BEHIND THE DESIGN

# Studio Visit: Lindsey Adelman

Cultured Magazine

Lindsey Adelman's new studio, filling the upper floor of a NoHo building, is energetic and captivating. It is filled with lights: wild, yet restrained, and the perfectly crafted glass, bronze and steel elements from which they are made.



The experience of visiting is energizing in a way unique to industrial design studios. Punctuating the suspended presence of so many fantastic, well-known designs is the unexpected sight of even more beautiful, radical and prototypical objects.

PORT

January 2014

# Seeing the Light: Lindsey Adelman

- Lindsey Adelman's sculptural lighting is much in demand, but the New York designer isn't letting that compromise her commitment to quality and doing things for the right reasons



Words **Alyn Griffiths**
Photography **Anthony Crook**

Lindsey Adelman loves getting her hands dirty: "I don't like sitting in front of a computer so I tend to spend as much time as possible working with materials," says the New York designer. This passion for making is evident in her studio, where surfaces are covered with tools, cabling and components. Here, beneath a canopy of part-assembled chandeliers, Adelman and her staff design and build lighting fixtures and a range of other decorative products. Inspired by nature and crafted from materials including bronze, brass, porcelain and glass, the attention to detail and meticulous hand-finishing of the pieces has cast the studio into the spotlight of the global design community and led to a series of collaborations with prestigious clients.

May 20, 2015



## "There's a huge burst of creativity" in New York says Lindsey Adelman

Dan Howarth | 20 May 2015 | Leave a comment

New York 2015: in the first of a series of interviews with prominent New York designers, Lindsey Adelman tells Dezeen about how she became a pioneer of the city's burgeoning lighting scene (+ slideshow + transcript).

Adelman, 45, has become a key figure in New York design since setting up her eponymous studio in 2006. Her lighting designs are sold by internationally renowned galleries including Nilufar in Milan and BDDW in New York, and have been exhibited at the Cooper Hewitt National Design Museum and the Design Miami fair.

Her DIY approach to design and production influenced a number of emerging New York designers, resulting in a "makers" scene that Adelman said began after the financial crash in 2008.



*Lindsey Adelman. Portrait by Steven Pan*

August 1, 2017



TASTEMAKERS

# The Lighting Designer From Everyone's Dream Brooklyn Brownstone

By Christine Whitney

AUGUST 1, 2017
10:52 AM








Lindsey Adelman. Photo: Hans Neumann

"I think my studio was really founded around time," says lighting designer Lindsey Adelman. It makes sense, considering that the in-demand Adelman is best known for her sculptural, blown-glass-and-brass Branching Bubble chandeliers, which take up to 24 weeks to complete. As clients will tell you, they're well worth the wait, and Adelman considers time essential to her process.



ART & DESIGN

# Designer Lindsey Adelman Has a Way of Lighting Up a Room

by Alix Browne
June 15, 2016 8:00 am



Adelman, in a dress from Disquared2, and her team, in the NoHo studio, working on a custom Cherry Bomb.

Adelman wears Burberry boots; her own jewelry.
Photographer: Steven Brahms
Stylist: Sophie Pera

## Bright Ideas

Since making the first one, about 10 years ago, Lindsey Adelman has watched her Branching chandelier, with its handblown glass globes budding from a sinewy, multipronged brass stem, become a design status symbol—and a fixture in splashy shelter-magazine spreads. (One even hangs in the Brooklyn apartment where Adelman lives with her husband, Ian, a senior VP of digital design at The New York Times, and

April 13, 2017





## ULTIMATE DECOR OBJECT OF DESIRE

**N.Y.: Tables by BDDW** SoHo designer Tyler Hays has a passionate customer base — including Steven Spielberg, Jennifer Lopez and Harrison Ford — for his hand-crafted live-edge walnut slab dining tables ($30,000+). Blake Lively and Ryan Reynolds own one, and Bono ordered one for his Irish estate. "BDDW is all word of mouth," designer Philip Lim tells THR (he introduced the Hermes family to the brand). Novelist Jonathan Safran Foer "was so moved by the designs" that he wrote a letter to Hays, who practically gifted him a custom pingpong table.

**L.A.: Bubble chandelier by Lindsey Adelman** "There's a real wow factor whenever it's hung," says Trip Haenisch, designer for Hank Azaria, Courteney Cox and WME's Patrick Whitesell, of Adelman's Branching Bubble lighting series, which possibly is the most celebrity-owned fixture in Hollywood. "It's a piece of art, romantic and transitional, that works equally well in modern and traditional homes." At Adelman's newly opened Arts District outpost, there's a 24-week production lead time for the pieces, which have been hung by Gwyneth Paltrow, Reese Witherspoon and Jon Hamm ($9,000 to $30,000).

Above: Adelman's bubble lighting series; BDDW tables are a word-of-mouth phenom.

**D.C.: At-home SCIF rooms** In a town where security clearance is status, having a SCIF (Sensitive Compartmented Information Facility) is a bragging right reserved for select cabinet secretaries and security chiefs like FBI director James Comey and former CIA director David Petraeus. Vault-like rooms often converted from offices or closets, SCIFs are designed to rigorous specifications to protect top-secret conversations and data, with round-the-clock security and armed-response capability. Soundproof and impervious to electronic eavesdropping, they have no windows, super-heavy doors and "shockingly thick walls," says a State Department insider. They can cost millions of (taxpayer) dollars: SCIFs recently were installed in Trump Tower and at Mar-a-Lago, says the insider, but those with SCIFs "are unlikely to tell you, because it would negate the point."







It's fair to say that Lindsey Adelman looks at light in an entirely different way than most of us. "W... with an immaterial substance like light is super interesting, because it's elusive and moody," says the pioneering lighting designer, sitting back at her gallery space in downtown Manhattan. "I really think it affects people's behaviour in a pretty real way."

Perhaps most well known for her iconic Branching Bubble chandelier, which has become something of a design status symbol, Adelman says the right light can make or break a home even if the rest of the space is initially a shambles. Indeed, she remembers the first time she and her husband, Ian (a former director of digital design at *The New York Times*), saw the 12th-floor apartment in Brooklyn's Park Slope that would ultimately become their home, the place was in such a state of disrepair their broker didn't even want them to look at it.

"She didn't want to show us the apartment at all," says Adelman, laughing. "She was like, 'You don't want to see that one!'"

The pre-war apartment's ceiling was caving in, there was "moss-like stuff" everywhere, and the kitchen hadn't been touched since the 1940s. (Although that, ultimately, was a plus.) But the light was brilliant. "Ian and I were like, 'It's perfect,'" says Adelman. "I guess sometimes being able to visualise things gives you that advantage when no one else wants to touch it."

Then there were the apartment's panoramic views over New York Harbour and Brooklyn's lush Prospect Park. "And I also liked that it was a very old-fashioned building," says Adelman. "I was born in New York, so I've always loved classic apartment layouts and thick walls and an elevator man."

The couple, who also own a beach house in Water Mill (a hamlet of Southampton), share the 93-square-metre apartment with their 13-year-old son, Finn. "Home means being with my husband and son, and also just feeling truly relaxed, like you can let it all hang out," she says. "I like that it doesn't look like a house full of to-do lists in terms of too clean or too neat or too white. I like homes that are designed for living, so you're not doing anything wrong if you've got the dining table full of making Christmas cards. Where everybody can just do their thing and can feel safe and relaxed."

As for the home's decor, Adelman says she and her husband prefer a "pared-down palette. It's not really Minimalist, just unfussy with things that will last forever", she states. "I like vintage pieces — pieces that feel worn in a little bit, so it doesn't feel overwhelming. Kind of like raw materials that don't have any colour added to them, like leather and wood." »

THIS PAGE, FROM TOP LEFT: wall art by JOE BRITTAIN; art on cabinet by JARED RUE (left) and CATHY ADELMAN (right). Adelman in her Manhattan studio, with her hammered bronze table light and 'Orbit' candlestick for Roll & Hill. OPPOSITE PAGE: USM storage unit; Branching Bubble chandeliers by Lindsey Adelman; art by ROBERT RYMAN; vase by JAIME HAYON.



May 6, 2017

DESIGN

# The lighting collection that belongs on your wish list

06 May 2017

Instantly recognisable, each piece from the famed Lindsey Adelman Studio is an iconic statement in lighting design. Here are some of the most desired chandeliers from her latest collection.



Lindsey Adelman Studio 'Branching Bubble 10.24'



Lindsey Adelman Studio 'Cherry Bomb Fringe'





RADAR / SCENE



# DATE BOOK
## LINDSEY ADELMAN

Playful geometric forms, shape-shifting light and hand-formed materials—these are the hallmarks of the easily identifiable works by lighting artist Lindsey Adelman. The born-and-raised New Yorker studied at the Rhode Island School of Design, then entered the lighting industry in 1996 and introduced Lindsey Adelman Studio 10 years later. Now, her Bubble chandeliers—her first release—have become something of an icon. Adelman's work has been showcased at the Cooper Hewitt, Smithsonian Design Museum (amongst a slew of other greats), and there's a who's-who list of design heavy-hitters she counts as fans. But even with a lifetime's worth of success and a recently launched second studio in Los Angeles, Adelman says it's the spaces and objects that "feel personal" that drive her. We caught up with the design darling to get her need-to-stop locales in and around her native New York City. lindseyadelman.com

**9 a.m.** Start your day at The Smile, a cozy spot in the lower level of an 1830s townhouse on Bond Street. The menu has a lot of great options, but I tend to get the egg sandwich: ham, gruyere and caramelized onion on an English muffin.

**10 a.m.** Head to Lower Manhattan to check out a few shops I find personal and inviting. First is Ted Muehling; anyone who appreciates form over function in jewelry should give this organic space on White Street a look. Next, Kirna Zabête's poppy boutique on Broome Street is a must for avant-garde fashion junkies (think: Stella McCartney, Dolce & Gabbana, Celine). And around the corner, The

**1 p.m.** It's time for lunch, and at the top of my list is chefs Jody Williams and Rita Sodi's Via Carota in the West Village. Everything on the menu is delicious, but you must try the olive all'ascolana: fried green olives with pork sausage.

**2 p.m.** Stop by one of the best shopping districts in New York City: the corner of Howard and Crosby streets. Walk off lunch by popping into Maiyet, Rick Owens, de Vera, Opening Ceremony, Michele Varian and Oliver Gustav. And anyone seeking exquisitely handcrafted furniture should visit BDDW, owned by one of my favorite designers, Tyler Hays. In addition to his own works, carries Maria cs and a few pieces.

**5 p.m.** There are a lot of talented artists and craftsmen whose studios are worthy of a visit. Begin at Bec Brittain's Chelsea showroom to see where each of her pieces is hand-assembled. Then, swing by Rachel and Nick Cope's Calico Wallpaper loft, a light-filled and mood-lifting space in Brooklyn.

**7 p.m.** End the day with dinner at Houseman, an American eatery with excellent comfort food in a quiet West SoHo block. The atmosphere is pretty and friendly—a true neighborhood spot.

Luxe Interiors + Design
May/June 2017

February 15, 2017



# 12 THINGS LIGHTING DESIGNER LINDSEY ADELMAN CAN'T LIVE WITHOUT

*From home decor to cars, these are some of the lighting innovator's favorite things.*

BY PETER TERZIAN  FEB 15, 2017



When she was younger, Lindsey Adelman found herself going to parties and standing in kitchens with fluorescent lighting. "I would be trying to find a dimmer switch, or looking for candles," she says. "I thought, I should just turn this into a career."

Adelman worked alongside fellow Rhode Island School of Design alumnus David Weeks for nearly a decade before opening her New York studio in 2006. Today, her instantly recognizable chandeliers and sconces — which combine elements of the organic, mechanical and celestial, with metallic limbs arranged into cages, vines and starbursts — are owned by such fans as Cate Blanchett and Kara Walker. Adelman's projects continue to grow bolder: She's working on a five-story fixture for the staircase of a Tokyo department store.

"I get excited by spaces that are empty — ceilings and walls and corners," she says. "I'm accentuating the absence of things with light."

Case 1:18-cv-08146-JSR   Document 1-1   Filed 09/06/18   Page 16 of 16

# WSJ | MAGAZINE

January 2016

## THE EXCHANGE.



TRACKED

# LINDSEY ADELMAN

The pioneering—and unconventional—lighting designer expands her empire out West.

BY SARAH MEDFORD   PHOTOGRAPHY BY ALEX MAJOLI

AS A CREATOR OF sculptural lighting for prestigious clients such as Sarah Burton of Alexander McQueen and film director Nancy Meyers (who included her Bubble chandelier in this fall's *The Intern*), New York-based designer Lindsey Adelman, 47, has set a standard for success that many American designers dream of reaching. There's a page-long waitlist for her twice-yearly limited-edition collections; and even the more rarefied projects she does for Nilufar Gallery in Milan—which has promoted her work globally since 2012, including at this month's Design Miami—are in high demand. So it's a little tough to take Adelman seriously when she says, "We're not very grown-up in the studio." By this, she means that her team isn't laser-focused on lighting alone. Other things intervene, such as a line of jewelry, or mirrors, or a music video (composed, choreographed and art-directed by friends and family "just because," she says). Which is how she likes it. Redefining "what a design company could be," she says, has been a major motivation in her working life.

Adelman (nee Adams) grew up in Westchester County, New York, the daughter of a banker and an interior designer-turned-aerobics instructor. She was on the editorial staff at *Smithsonian* magazine when an encounter with a giant Styrofoam french fry in a museum's fabrication shop enticed her to switch to a career in design. While in the master's program at the Rhode Island School of Design, she was drawn to the emotive potential of lighting and soon met David Weeks, a fellow student who became an early mentor and business partner. Since she went solo in 2006, the size of her staff has climbed from one to 33.

In the course of a typical day, Adelman transits between home—a Brooklyn condo she shares with her husband, Ian, digital design director for the *New York Times*, and their son, Finn, 11—her studio and a range of job sites where she maps out custom projects like a wall patterned with sapphire-glass orbs. She's back in the studio by noon for Transcendental Meditation with her team. "Music, meditation, dancing, karaoke—these are my recreations, so I bring them in," she says. Travel is another preoccupation, and, with January's launch of a second studio, in downtown L.A., Adelman will do more of it. "L.A. is very open to cross-pollination of disciplines," she says. "It doesn't want any more New Yorkers, but here we come." In her case, L.A. might make an exception. ›