# Exhibit C







Case 1:18-cv-08146 Document 1-3 Filed 09/06/18 Page 4 of 4