# Exhibit D





Stilnovo
Branch Ceiling Lamp - 5 [LS1221S5WHT]
$1,070.55

Lindsey Adelman Studio
Branching Chandelier BD.05.06
$15,000





Stilnovo
Branch Ceiling Lamp - 9 [LS1221S9WHT]
$1,753.05

Lindsey Adelman Studio
Branching Chandelier BD.05.06





Stilnovo
Fuif Chandelier [LS1225S6BRN]
$1,948.05

Lindsey Adelman Studio
Burst Chandelier BU.10.01
$43,500





Stilnovo
Stven Chendelier [LM7307PBLK]
$1,655.55

Lindsey Adelman Studio
Branching Bubble Chandelier BB.07.04
$21,000





Stilnovo
Branch Wall Lamp - 3 [LS1222W3WHT]
$485.55

Lindsey Adelman Studio
Branching Sconce SC.03.04
$9,000





Stilnovo
Packhusgrand Chandelier [LM7303PGOLD]
$711.75

Lindsey Adelman Studio
Branching Bubble Chandelier BB.03.31
$9,000





Stilnovo
Packhusgrand Chandelier [LM7305PGOLD]
$973.05

Lindsey Adelman Studio
Branching Bubble Chandelier BB.05.01
$15,000





Stilnovo
Stige Ceiling Lamp [LM7306PBLK]
$1,363.05

Lindsey Adelman Studio
Branching Bubble Chandelier BB.06.05
$18,000





France&Son
Branching Dome Chandelier - Six Domes / Brass
$799.00 USD

Lindsey Adelman Studio
Branching Chandelier BD.08.09
$24,000





France&Son
Branching Disk Wall Sconce - Three Disk - Large
$175.00 USD

Lindsey Adelman Studio
Branching Disc Sconce SC.03.03
$24,000





France&Son
Anges Chandelier - Fourteen Bulb - Modern Branching Lamp
$949.00 USD

Lindsey Adelman Studio
Agnes Chandelier
$20,000





France&Son
Astral Anges Chandelier - Twelve Bulb Branching Chandelier
$399.00 USD

Lindsey Adelman Studio
Astral Agnes Chandelier
$7,500





France&Son
Branching Floor Lamp with Two Globes - Gold
$385.00 USD

Lindsey Adelman Studio
Branching Floor Light FL.02.01
$7,000





France&Son
Anges Wall Sconce - Four Bulb - Rotating Branching Wall Lamp
$249.00 USD

Lindsey Adelman Studio
Agnes sconce
$4,000



France&Son
Cherry Blossom Flush Mount/ Wall Lamp - Medium [New Product]
$599.00 USD

Lindsey Adelman Studio
Cherrybomb Fringe Flush Mount CBF.07.04
$28,000





France&Son
Cherry Blossom Chandelier - Medium [New Product]
$599.00 USD

Lindsey Adelman Studio
Cherrybomb Fringe Chandelier CBF.07.05
$24,640