# Exhibit E

**From:** **Alexander Perros** alexp@lindseyadelman.com
**Subject:** Copyright infringement on www.stilnovousa.com
**Date:** May 21, 2018 at 11:21 PM
**To:** support@magemojo.com
**Bcc:** Alexander Perros alexp@lindseyadelman.com, Anna Brisighello anna.b@startmail.com



To Whom It May Concern:

I am writing to you because you are the hosting provider of the website www.stilnovousa.com:
https://check-host.net/ip-info?host=stilnovousa.com
https://archive.fo/mpKhy

It has come to my attention that www.stilnovousa.com ("Stilnovo") has been reproducing copyrighted designs that are the property of Lindsey Adelman Studio ("LAS"). Specifically, Stilnovo is copying the following collections: Branching, Cherry Bomb, and Agnes ("LAS Product"). The design of each LAS Product is proprietary to LAS and protected by U.S. Copyright Laws, 17 U.S.C. §§ 101, *et seq*.

As Stilnovo neither asked for, nor received permission to use or copy the proprietary design associated with this LAS Product, the manufacture and sale of these products constitutes an infringement of LAS' exclusive copyright in and to the design of such LAS Product.  Stilnovo's copying of the LAS Product also fails to comply with well-established ethical standards in our industry. We ask that these designs are immediately removed from the Stilnovo website.

Please be advised that unless we receive assurance by June 1, 2018 that you will comply with the foregoing demand, we will not hesitate to enforce our legal rights and shall pursue all remedies available to us including, but not limited to, actual damages, lost profits and preliminary and permanent injunctive relief precluding all future acts of infringement.

I am including the links to the alleged infringing work on the website Stilnovousa.com, as well as the connected links showing the original matching designs on LAS' website:

The following products are direct copies of our Agnes collection (http://www.lindseyadelman.com/agnes):

- https://www.stilnovousa.com/lighting/chandeliers/bovet-chandelier.html
- https://www.stilnovousa.com/lighting/chandeliers/stollig-chandelier-lm6214pblk.html
- https://www.stilnovousa.com/lighting/chandeliers/bovet-chandelier-lm6210pblk.html
- https://www.stilnovousa.com/lighting/chandeliers/stollig-chandelier.html
- https://www.stilnovousa.com/lighting/chandeliers/stollig-chandelier-lm6214pblk.html
- https://www.stilnovousa.com/lighting/chandeliers/bovet-chandelier-lm6210pblk.html

The following products are direct copies of our Branching collection (http://www.lindseyadelman.com/branching):

- https://www.stilnovousa.com/lighting/chandeliers/stven-chendelier.html
- https://www.stilnovousa.com/lighting/chandeliers/steno-chandelier.html
- https://www.stilnovousa.com/lighting/chandeliers/stven-chendelier-1056.html
- https://www.stilnovousa.com/lighting/chandeliers/steno-chandelier-1043.html

The following products are direct copies of our Cherry Bomb Fringe collection (http://www.lindseyadelman.com/cherry):

- https://www.stilnovousa.com/lighting/chandeliers/kerseboom-fringe-chandelier-small-ls1255s4.htm
- https://www.stilnovousa.com/lighting/chandeliers/kerseboom-fringe-chandelier-medium-ls1255s7.html
- https://www.stilnovousa.com/lighting/chandeliers/kerseboom-fringe-chandelier-large-ls1255s11.html

Hopefully, we will be able to resolve this matter amicably and constructively. Thank you for your time and consideration.

Best regards,
Alexander Perros



Alexander Perros  |  President

Lindsey Adelman Studio
alexp@lindseyadelman.com
www.lindseyadelman.com
917-318-0027

_____

IP and website location: stilnovousa.com



**DB-IP (02.05.2018)**
IP address    **192.190.220.175**
Host name     franceandson.com
IP range      192.190.220.0-192.190.223.255 CIDR
ISP           MageMojo
Organization  MageMojo, LLC
Country       🇺🇸 **United States of America** (US)
Region        Pennsylvania
City          Pittsburgh (Downtown)
Time zone     America/New_York, GMT-0400
Local time    21:10:44 (EDT) / 2018.05.21
Postal Code   15219

Powered by DB-IP
**IP2Location (01.05.2018)**
IP address    **192.190.220.175**
Host name     franceandson.com
IP range      192.190.220.0-192.190.223.255 CIDR
ISP
Organization
Country       🇺🇸 **United States** (US)
Region        Pennsylvania
City          Pittsburgh
Time zone     -04:00
Local time    21:10:44 (-0400) / 2018.05.21
Postal Code   15219

Powered by IP2Location
**MaxMind GeoLite2 (02.05.2018)**
IP address    **192.190.220.175**
Host name     franceandson.com
IP range
ISP
Organization
Country       🇺🇸 **United States** (US)
Region        Pennsylvania
City          Pittsburgh
Time zone     America/New_York, GMT-0400
Local time    21:10:44 (EDT) / 2018.05.21
Postal Code   15219

You searched for: **192.190.220.175**

### Network

| | |
|---|---|
| Net Range | 192.190.220.0 - 192.190.223.255 |
| CIDR | 192.190.220.0/22 |
| Name | ML-002 |
| Handle | NET-192-190-220-0-1 |
| Parent | NET192 (NET-192-0-0-0) |
| Net Type | Direct Allocation |
| Origin AS | AS53902 |
| Organization | MageMojo, LLC (ML) |
| Registration Date | 2012-09-04 |
| Last Updated | 2012-09-04 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/net/NET-192-190-220-0-1 |
| See Also | Related organization's POC records. |
| See Also | Related delegations. |

### Organization

| | |
|---|---|
| Name | MageMojo, LLC |
| Handle | ML |
| Street | 428 Forbes Avenue Suite 2510 |
| City | Pittsburgh |
| State/Province | PA |
| Postal Code | 15219 |
| Country | US |
| Registration Date | 2010-10-13 |
| Last Updated | 2013-04-05 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/org/ML |

| Function | Point of Contact |
|---|---|
| Admin | ADMIN2311-ARIN (ADMIN2311-ARIN) |
| Tech | ADMIN2311-ARIN (ADMIN2311-ARIN) |
| NOC | ADMIN2311-ARIN (ADMIN2311-ARIN) |
| Abuse | ADMIN2311-ARIN (ADMIN2311-ARIN) |

### Point of Contact

Note    ARIN has attempted to validate the data for this POC, but has received no

| | |
|---|---|
| Note | response from the POC since 2017-07-29 |
| Name | Admin , Network |
| Handle | ADMIN2311-ARIN |
| Company | |
| Street | 428 Forbes Avenue<br>Lawyers Building, Suite 2510 |
| City | Pittsburgh |
| State/Province | PA |
| Postal Code | 15219 |
| Country | US |
| Registration Date | 2010-10-12 |
| Last Updated | 2016-07-29 |
| Comments | http://www.magemojo.com |
| Phone | +1-800-686-5412 (Office) |
| Email | support@magemojo.com |
| RESTful Link | https://whois.arin.net/rest/poc/ADMIN2311-ARIN |

www.stilnovousa.com

[ Info ]  [ Ping ]  [ HTTP ]  [ TCP port ]  [ UDP port ]  [ DNS ]

**IP and website location: www.stilnovousa.com**

**DB-IP (02.05.2018)**

| | |
|---|---|
| IP address | **192.190.220.175** |
| Host name | franceandson.com |
| IP range | 192.190.220.0-192.190.223.255<br>CIDR |
| ISP | MageMojo |
| Organization | MageMojo, LLC |
| Country | United States of America (US) |
| Region | Pennsylvania |
| City | Pittsburgh (Downtown) |
| Time zone | America/New_York, GMT-0400 |
| Local time | 20:13:27 (EDT) / 2018.05.21 |
| Postal Code | 15219 |



Powered by DB-IP

**IP2Location (01.05.2018)**

| | |
|---|---|
| IP address | **192.190.220.175** |
| Host name | franceandson.com |
| IP range | 192.190.220.0-192.190.223.255 |

| | | |
|---|---|---|
| IP range | CIDR | |
| ISP | | |
| Organization | | |
| Country | 🇺🇸 United States (US) | |
| Region | Pennsylvania | |
| City | Pittsburgh | |
| Time zone | -04:00 | |
| Local time | 20:13:27 (-0400) / 2018.05.21 | |
| Postal Code | 15219 | |



Powered by IP2Location

**DNS Servers**

| | | |
|---|---|---|
| ns1.mojohostmanager.com. | 199.189.227.17<br>ns1.mojohostmanager.com | AS53902 MageMojo, LLC<br>United States |
| ns2.mojohostmanager.com. | 54.197.226.10<br>ec2-54-197-226-10.compute-1.amazonaws.com | AS14618 Amazon.com, Inc.<br>United States |

**MX Records** ** This is where email for the domain goes...

| | | |
|---|---|---|
| 5 alt2.aspmx.l.google.com. | 209.85.202.26<br>dg-in-f26.1e100.net | AS15169 Google Inc.<br>United States |
| 10 alt3.aspmx.l.google.com. | 74.125.206.26<br>wk-in-f26.1e100.net | AS15169 Google Inc.<br>United States |
| 5 alt1.aspmx.l.google.com. | 64.233.186.26<br>cb-in-f26.1e100.net | AS15169 Google Inc.<br>United States |
| 10 alt4.aspmx.l.google.com. | 108.177.119.26 | AS15169 Google Inc.<br>United States |
| 1 aspmx.l.google.com. | 209.85.201.26<br>qu-in-f26.1e100.net | AS15169 Google Inc.<br>United States |

**TXT Records** ** Find more hosts in Sender Policy Framework (SPF) configurations

**Host Records (A)** ** this data may not be current as it uses a static database (updated monthly)

| | | |
|---|---|---|
| franceandson.com | 23.227.38.32 | AS62679 Shopify, Inc.<br>Canada |
| dev.franceandson.com | 74.220.18.148<br>redmangrove.com | AS174 Cogent Communications<br>United States |

Case 1:18-cv-08146-JSR   Document 1-5   Filed 09/06/18   Page 7 of 7